JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIO TOAPANTA,<br><br>                   Plaintiff,<br><br>     vs.<br><br>STAPLES CONTRACT & COMMERCIAL LLC, a Delaware limited liability company; and DOES 1 through 20, inclusive,<br><br>                   Defendant. | CASE NO. 2:24-cv-01286-AB-JC<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: January 12, 2024 |

Pursuant to the Parties' Stipulation under Federal Rule of Civil Procedure 41(a)(1)(ii), this action is **DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: December 2, 2024

_____
Hon. André Birotte Jr.
United States District Court Judge